# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **KEVIN WILSON** | **CIVIL ACTION NO. 05-0223** |
| **VS.** | **SECTION P** |
| **BURL CAIN, WARDEN** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE HILL** |

## ORDER

Before the court is the petition and amended petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2254 by *pro se* petitioner Kevin Wilson on January 28, 2005. Wilson is an inmate in the custody of Louisiana's Department of Public Safety and Corrections. He is incarcerated at the Louisiana State Penitentiary in Angola, Louisiana. Wilson is serving two consecutive life sentences imposed following his 1998 convictions for first and second degree murder entered in the Sixteenth Judicial District Court, for St. Martin Parish, Louisiana.

The State has filed an answer and submitted what appears to be the record that was submitted to the state appellate courts on direct appeal. [doc. 13]. This portion of the record does not contain any appellate pleadings, pleadings filed in connection with petitioner's post-conviction relief application or any dispositions by the state courts with respect to these proceedings.

On November 4, 2005, the State was ordered to file the following:

1. A <u>certified</u> copy of the **entire state court record**, including transcripts of all proceedings held in the state courts;

2. A <u>certified</u> copy of all documents, including **all briefs or memoranda of any party, filed in connection with any appeal, application for post-conviction relief, or writ application presented to any and all state, district courts, appellate courts or the Louisiana Supreme Court**; and

3. <u>Certified</u> copies of, or citations to, all **state court dispositions**, including the Louisiana Supreme Court decision **pertaining to the conviction under attack.**

These pages of the records were to have been arranged in chronological sequence, securely bound together and numbered consecutively. An index describing each item of the records was to also have been submitted, showing each item's page number. [doc. 6]. The present filing fails to comply with this court's prior order. Accordingly;

**IT IS ORDERED** that the State, through Assistant District Attorney Walter J. Senette, shall file the above described state court records on or before **May 1, 2006.**

In the event the State is unable to produce any of the above documents, Mr. Senette shall advise this court in writing why he is unable to produce them on or before this court's deadline.

**The State is notified that a failure to comply with this order will warrant the imposition of the sanctions.**

**THUS DONE AND SIGNED** in Chambers at Lafayette, Louisiana, this 13th day of April, 2006.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE